```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 05 B 60028
    JAMES GARLAND
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

             Debtor
    SSN XXX-XX-4037


-----------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 10/15/05 and confirmed on 04/12/06.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  90000.00 .

    4.   The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
-----------------------------------------------------------------------------------
HARRIS BANK CONSUMER LOA   SECURED           10087.14        429.62         10087.14
BECKET & LEE LLP           UNSECURED          2226.47           .00          1066.49
BECKET & LEE LLP           UNSECURED         21948.30           .00         10513.33
AMERICAN GENERAL FINANCE   SECURED            6788.14        289.10          6788.14
FIA CARD SERVICES          UNSECURED        NOT FILED           .00              .00
CAPITAL ONE BANK           UNSECURED         10430.21           .00          4996.12
ECAST SETTLEMENT CORPORA   UNSECURED         10995.95           .00          5267.11
ECAST SETTLEMENT CORPORA   UNSECURED         19695.86           .00          9434.40
RESURGENT CAPITAL SERVIC   UNSECURED         25330.35           .00         12133.35
FLEET NATL BANK            UNSECURED        NOT FILED           .00              .00
JAGUAR CREDIT CORP         UNSECURED         48919.89           .00         23432.84
MARSHALL FIELD             UNSECURED           236.64           .00           113.35
MONOGRAM BANK OF AMERICA   UNSECURED        NOT FILED           .00              .00
MONOGRAM BANK OF AMERICA   UNSECURED        NOT FILED           .00              .00
WELLS FARGO FINANCIAL RE   UNSECURED        NOT FILED           .00              .00
FIA CARD SERVICES          UNSECURED        NOT FILED           .00              .00
GRETCHEN WALTHER           UNSECURED        NOT FILED           .00              .00
            Summary of disbursements:
-----------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   16875.28       .00    139783.67         .00       156658.95
PRINCIPAL PAID       16875.28       .00     66956.99         .00        83832.27
INTEREST PAID          718.72       .00          .00         .00           718.72
TOTAL PAID           17594.00       .00     66956.99         .00        84550.99
The Debtor's attorney, DAVID M SIEGEL                , was allowed $    2700.00
and was paid $    456.00  direct and $   2244.00  through the plan.

The Trustee received $   3205.01 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE